IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONICA A. THOMAS | : | |
| Plaintiff, | | |
| v. | | CIVIL ACTION |
| | : | NO. 09-862 |
| JANET NAPOLITANO, Secretary of the United States Department of Homeland Security | : | |
| Defendant. | | |

## **ORDER**

AND NOW, this 15th day of September, 2014, upon consideration of Defendant's MOTION for Summary Judgment (Doc. No. 94), Plaintiff's Response thereto (Doc. No. 105) and Defendant's Reply (Doc. No. 111), it is hereby ORDERED that said Motion is GRANTED and judgment is entered in favor of Defendant.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. Darnell Jones, II        J.